UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY  <span>.i.S. DISTRICT COURT</span>

<span>2009 OCT -8  P  1: 00</span>

Ping Yip
58 West Saddle River Road
Saddle River NJ 07458
201-316 6270

## Amended Complaint

Ping Yip (Winnie)

Honorable Patty Shwartz

Case Number: 2:08-CV-4746 (ksh)

Plaintiff(s)

Dated October 6, 2009

VS

HUGS TO GO, LLC (Tax #0600315652)
Audrey L. Storch
JAAM'LLC

Defendant(s)

P.O. Box 2130, Wayne, NJ 07470-2130
Or
8 Mayfair Drive, Wayne, NJ 07470

Plaintiff requests a Judgment to distinguish between the four copyrights: which ones of them are legal and to whom they belong. Plaintiff requestSJAAM'LLC to be re- joined to Case Number: 2:08-CV-4746 (ksh),according to the Rule 4:30A (1) General Principles.

### STATEMENT OF FACTS

In year 2000, Plaintiff invented a children's sound book, which was patented and copyrighted in the year 2001. In or about June 2001, Audrey L. Storch (the owner of JAAM, LLC) ordered those books

1

from the Plaintiff. Since those books sell very well, she wanted to compel Ping Yip to sign an Exclusivity Agreement, and declared that if Ping Yip refuses to sign this Agreement, she will not pay the money she owed her from the last order. Ping Yip rebuffed this unreasonable demand. Then Audrey L. Storch never paid back the money she owed, and went to register another copyright using the same book Ping Yip made. Audrey L. Storch told everyone visiting her booth at all exhibitions, "Those books are my invention and design", and showed to the potential buyers the fake copyright document, plagiarized from Ping Yip's book. It causes Ping Yip many difficulties to sell her books because no marketing company wants to promote a product that has two copyrights. They don't know which one is the true one. Some buyers even came to Plaintiff's booth to censure her saying that Plaintiff has stolen Audrey L. Storch's book. The falsehood Audrey L. Storch made seriously hurts Plaintiff's business, and is causing Plaintiff a lot of distress. Plaintiff has children and an old mother whom she has to support. The case really affects her everyday life. JAAM, LLC in this case made about a million dollars in sales, and the profit is about a half million dollars just from the books Audrey L. Storch stole.

## BACKGROUND INFORMATION

1. (Related the case) On October 19, 2006, Wai Yip Int'l Corp filed a complaint in the United States District Court District of New Jersey against JAAM'LLC infringing upon Ping Yip (Winnie's) patent and copyright. Case No. 06-5032 (KSH)

2

2. In 2007 Plaintiff argued that Audrey L. Storch should be re-joined in the Case No. 06-5032 (KSH). Rule 4:30A. "The entire controversy doctrine, an equitable preclusionary doctrine whose purposes are to encourage comprehensive and conclusive litigation determinations, to avoid fragmentation of litigation......"

3. In 2007 District Court denied Plaintiff's request. The Court believes Audrey L. Storch can not be a party in JAAM'LLC case.

4. Since Audrey L. Storch is not a party in the JAAM'LLC case, but she claims she is the author of the copyrights plagiarized from Ping Yip's Old MacDonald's Farm and "ABC" books, she should be treated as an individual. She has told everyone that the books were her invention, and so Plaintiff should sue her person in a separate case. On April 23, 2008, Plaintiffs (Ping Yip, Cheung Fung Tsang and JianHua Fei) filed a complaint against Audrey L. Storch for plagiarizing their work and deceiving The United States Copyright office. Case No 08-2370 (Cheung Fung Tsang has his voice and singing recorded on the ABC book, and JianHua Fei is the illustrator in both books).

5. On July 28, 2008, Hon. Susan D. Wigenton denied this case without trial, and the reason was that this case was similar to Wai Yip Int'l Corp v JAAM' LLC Case No. 06-5032 (KSH). It really confuses me, since Audrey L. Storch is not a party in the JAAM'LLC case, and that has to be a separate case.

6. In case No. 06-5032 (KSH) Judge Katharine S. Hayden believes Audrey L. Storch can not be a party in JAAM'LLC case,

3

and in Case No 08-2370 Plaintiffs sued Audrey L. Storch as an individual Author who plagiarized their work. Since this is a different party, this case should not be denied because of a reason similar to Wai Yip Int'l Corp v JAAM' LLC Case No. 06-5032 (KSH).

7. In February 2008, Audrey L. Storch (the owner of JAAM, LLC) knowingly transferred her part of the inventory and remaining funds to her new company Hugs to Go, LLC, and fraudulently filed bankruptcy for JAAM, LLC.

8. Hugs to Go' LLC, the new company of Audrey L. Storch still continues to sell Plaintiff's books after the JAAM, LLC bankruptcy. (Evidence submitted in Case No 08-4746 (KSH))

9. The Plaintiff does not know where she can file a complaint against Audrey L. Storch's false copyright. Why should the victim continue to suffer because of this falsehood?

10. On September 23, 2008, the Plaintiff filed a new complaint against Hugs to Go, LLC and Audrey L. Storch because the other case was already closed by the Court. The Plaintiff should have recourse to justice in at least one case. She cannot be denied every complaint she files.

11. In February 2009, Defendant filed "Request to Dismiss the case" argued "on January 14th, 2009. Honorable Judge Shwartz ruled NO MOTIONS may be filed by this Plaintiff against this Defendant until ruling has been made on Defendant's Motion to Dismiss in Case Civil Action No: 08-cv-4746(k)." "Judge Steckroth also ruled his court would NOT accept any motions

4

from this Plaintiff concerning JAAM'LLC and Audrey L. Storch. Not only did he bar the Plaintiff from filing any more motions in his courtroom, but also ruled numerous times in Defendant's favor that ALL of Plaintiff's statements, evidence and so forth are dismissed."

12. Plaintiff connot believe the judge of "THE UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY" will only do Audrey L. Storch's favor and deny all of Plaintiff's statements and evidence without finding the truth. This should be impossible to happen in this country.

13. On September 15, 2009, Plaintiff filed a motion to request a hearing day.

14. On September 28, 2009, UNITED STATES DISTRICT JUDGE Katharine S. Hayden "declining to grant defendant Hugs to Go's request for sanctions at this time as it is permitting the plaintiff to attempt to cure the deficiencies in its Complaint against defendant Hugs to Go; and the Court declining to grant defendant Storch's request for sanctions because this ruling has ended this case against her and would be asking to the ultimate sanction a party could receive in a civil case; and the Court notifying plaintiff, however, that future filings against defendant Storch that mimic this Complaint or that embody the claims already the subject of the complaints that plaintiff or her company attempted to pursue against defendant Storch in Civ. No. 06-5032(KSH). Civ. No. 08-2370(SDW), and Bankruptcy No. 08-13514(DHS), may result in sanctions"

15. How can the court without distinguishing the truth follow Audrey L. Storch's instruction to dismiss the claims against defendant Storch?

16. On September 28, 2009, the court "FURTHER ORDERED" that, no later than October 13, 2009, the plaintiff shall file an Amended Complaint against Hugs to Go that sets forth the facts that provide a basis to assert that it has violated the patent laws by selling the books covered by the patent and describes the proof upon which the plaintiff will rely to support this assertion."

17. Since the Court closed all No. 06-5032(KSH). Civ. No. 08-2370(SDW), and Bankruptcy No. 08-13514(DHS) cases, plaintiff requests that Case No.2:08-CV-4746 (ksh) should have a final judgment, according to the Rule 4:30A (1) General Principles.

ACCORDING to THE "FURTHER ORDERED" Plaintiff submits true evidence to prove HUGS TO GO'LLC and Audrey L. Storch violate the law.

In November 2007, Audrey L. Storch started a new company, Hugs to Go' LLC. In February, 2008 Audrey L. Storch filed bankruptcy for JAAM'LLC. After March 2008, she was using Hugs to Go, LLC to sell the books as well as her other products. On May 10, 2008 she sold an "ABC" book to Jennifer C. Haughey and Audrey L. Storch

6

arranged the books to be sold to customers through Hallmark Gift Lane after her first company JAAM'LLC filed for bankruptcy. (See transcript of phone conversation of May 2008).

When JAAM'LLC filed for bankruptcy, it should have reported all her Assets and inventory to the Bankruptcy Court. Then how could Hugs to Go, LLC have the books to sell? How could Audrey L. Storch have the books sent to Hallmark Gift Lane and sold to her customers after March 2008?

On June 24, 2002, Audrey L. Storch registered a Copyright for Old MacDonald's Farm and on May 30, 2006, she registered another Copyright for the "ABC" book. However, Plaintiff already had the Copyrights for both these books. This strongly proves that Audrey L. Storch committed a crime.

From October 19, 2006 until now District Court did not have any adjudication for either the JAAM'LLC or the HUGS TO GO case. District Court using contradictory excuses denies all cases. It means that Audrey L. Storch is allowed to plagiarize other people's work for her own, or that District Court can not handle this case. Then should Plaintiff file a complaint in Criminal Court?

Plaintiff requests a Judgment to distinguish between the four copyrights. Plaintiff requests JAAM'LLC to be re- joined to Case Number: 2:08-CV-4746 (ksh), according to Rule 4:30A (1) General Principles. Audrey L. Storch should be punished by the law.

Ping Yip (Winnie)

7

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2009 OCT -8  P 1: 00

Ping Yip (Winnie)
58 West Saddle River Road
Saddle River NJ 07458
Tel: 201-316 6270 or 201-995 0838
Fax: 201-995 0839
Email: Yip510@aol.com

Ping Yip (Winnie)

Plaintiff

Vs
Hugs to Go'LLC
Audrey L. Storch
JAAM'LLC

Defendants

Case Number 08-4746 (KSH)
**Certificate of Service**

Dated October 6, 2009

I hereby certify that on this October 6, 2009, this addition to the laws

and cases in support that "Hugs to Go'LLC" violated the patent laws, and

Audrey L. Storch that fake copyright books plagiarized from Ping Yip's

books. Those documents have all been electronically filed with the Clerk,

United States District Court of District of New Jersey, and a copy was sent

via certified mail to Defendant Audrey L. Storch.

8 Mayfair Drive, Wayne, NJ 07470.

Plaintiff

Ping Yip (Winnie)



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $2.92 | 0723 |
| Certified Fee | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.72 | 10/08/2009 |

Sent To *Audrey L. Stooch*
Street, Apt. No.; or PO Box No. *8 Mayfair Drive*
City, State, ZIP+4 *Wayne NJ 07470*

7008 0150 0002 1409 8447

PS Form 3800, August 2006                See Reverse for Instructions

# Exhibit 1

# JAAM'LLC



HOME
ABOUT
PRAISE
HUGGEE DOLLS
BOOKS & PLAYMATS
ORDER
GIVE A HUG PROGRAM

**COMPANY NEWS**

**11-28-99 November**
This cancer patient had
a doll and a dream.
-The Record
Read More>>

**02-17-02 February**
Cancer survivor reaches
out with Huggee Miss
You.
-Toyfair Times
Read More>>



# MOVING SALE!

# Soft Singing Books/Playmats

With great excitement we proudly announce our growing line of Singing Books/
"Old MacDonald's Farm" was Nominated by CHILD MAGAZINE as: "One Of The
of 2002". By great demand we have come out with "The ABC Book" and now "T
Happy Birthday Book"! All our singing Books/Playmats work on Alkaline Batteri
AAA) ---not included.. They sing to you, they talk to you, and now in our HAPP
BOOK they hold your pictures, money, gift certificates AND you can have every
it! Also use The SINGING HAPPY BIRTHDAY BOOK as a Card/Present!

Just sign the back of the book, put your pictures in, and send it off to the Birth
surprise they can enjoy time and again.

Laugh, Giggle, and Learn While You Are Having
So Much Fun with our Beautiful, Soft Singing Books!

### Old MacDonald's Farm
**style # 27291 ~~$29.95~~ $14.95 – Includes 2 AA batteries and Free Carrying Case!**



A colorful and light-hearted animal scene. Press an animal
and hear the sounds they make. Press the tractor and hear
it running and honk its horn. Press the sunflower and hear
the song "Old MacDonald Had A Farm". Safe for infants as
young as six months. Spot clean only. Free carrying case. 3
feet long when open. Requires 2 AA batteries.



Protective Carrying
Case All styles come
with their own clear
vinyl carrying case
trimmed in iridescent
colors.

### The ABC Book

Date _____ 5/8/2008

JAAM LLC.

style # 27295 $39.95 $19.95 – Includes 2 AA batteries, Free Carrying Case, and 27 S<
Book is 3 FEET LONG when open



A playful scene shows animals and children at play, A
through Z! Press the chair and hear an "ABC Song" in a
playful child's voice, or press any of the 26 items to hear
the letter and its name. An excellent learning tool for
preschoolers, or to reinforce learning for elementary age
students. 3 feet long when open. 27 sounds!! Requires 2
AA batteries.



Protective Carrying
Case All styles come
with their own clear
vinyl carrying case
trimmed in iridescent
colors.

## The Singing Happy Birthday Book
### style # 27296 $19.95 $12.00 - includes FREE BATTERIES



Colorful party scene 21" long. Award winning 77 person
H.S. choir sings happy birthday to you when you press on
the musical note. Those beautiful clear plastic pockets, all 4
of them, will hold your favorite party pictures, money and
gift certificates too! That is not all!!! This beautiful, fun
book comes with a magic marker so everyone at your party
can sign it for you! Plenty of room on the back for more

names. Turning 5 or 50, you will love to enjoy this again and again. Easy to mail, fits in any 8x10 envelope to mail to your Birthday loved one wherever they are! Requires 2 AAA batteries - not included.

Includes a Magic Marker for Everyone to Autograph Your Book!

To hear the Happy Birthday song, click here.



Protective Carrying Case All styles come with their own clear vinyl carrying case trimmed in iridescent colors.

All singing books/playmats are spot washable! Free carrying case for
All books only sing when pressed and stop on their own!



**Order Toll Free 1.877.365.5677**
or Fax: 973.633.7068
Monday - Friday 8:00am - 6:00pm EST
email: jaamllc4@aol.com or HmissU@aol.com

Home - About - Praise - Huggee Dolls
Books & Playmats - Order - Give a Hug Program

ALL PRODUCTS ARE PROTECTED BY PATENTS
AND OR TRADEMARKS AND COPYRIGHT ©JAAM, LLC.
All rights reserved. We are aggressively protected on all of our patents, trademarks, and cop
So don't even think about it!

Site created and maintained by
Intelligent Graphix

# Exhibit 2

# Hugs To Go' LLC

Yahoo! | My Yahoo! | Mail | More

Welcome, **linadecker07** Sign Out | All-New Mail | Help

 **MAIL** Classic

Search: [                    ]

| Mail | Contacts | Calendar | Notepad | | What's New? | Mobile Mail | Options |

---

See your credit score - free

Previous | **Next** | Back to Messages

Mark as Unread | Print

**Folders**   [Add - Edit]

**Inbox**
Drafts
Sent
Spam        [Empty]
Trash       [Empty]

**Search Shortcuts**
My Photos
My Attachments

 Get hot TV highlights now

 Whats your car Worth? Find out!

 Who's Looking For You

 How to graduate while you work

**Fwd: Order for dolls**                           Monday, May 12, 2008 2:42 PM
**From:** "hmissu@aol.com" <hmissu@aol.com>
  **To:** ourbarn@aol.com
  **Cc:** linadecker07@yahoo.com

Dear Jenn,
You can reach me at this email address or at
astorch@huggstogo.com. I use this email address right now the
most. We cannot get your phone number as it is unlisted and we
wish to help assist you in filling your order as we stated before
they are available through other stores. But you must call asap as
their inventory is very low. You can reach me at 973-650-5793.
Thank you again and we are so glad your son enjoys our
wonderful HUGGEE MISS YOU'S. We hope to come back with
them soon.
Best,
Audrey Storch
Hugs To Go LLC

-----Original Message-----
From: storch4@aol.com
To: hmissu@aol.com
Sent: Sat, 10 May 2008 3:09 pm
Subject: Re: Order for dolls

Dear Jenn,
You can reach me at this email address or at astorch@huggstogo.com. I use
this email address right now the most. We cannot get your phone number as it is
unlisted and we wish to help assist you in filling your order as we stated before
they are available through other stores. But you must call asap as their inventory
is very low. You can reach me at 973-650-5793.
Thank you again and we are so glad your son enjoys our wonderful HUGGEE

Hi again,

If not too late -- could we change the order for abra sun 17" and 11" to 1 each. And add 1 pink fuzzy 17" and 1 pink fuzzy 11" . . .same number of dolls just one set would be pink fuzzy.

If you can ammend order thanks!

Sorry for the confusion.

Jenn Haughey

-----Original Message-----
From: ourbarn@aol.com
To: HmissU@aol.com
Sent: Fri, 9 May 2008 6:53 pm
Subject: Order for dolls

Hi,

My son has one of your dolls and LOVES it! Thank you for making a
wonderful product and a doll that a 6 year old boy feels ok about having :)

I would like to order some for friends and family:

Qty: 2 All Sports 17" 12.00
Qty: 2 All Sports 11" 8.95
Qty: 1 Ride 'Em Doggie 11" 8.95
Qty: 2 Abra Sun 17" 12.00
Qty: 2 Abra Sun 11" 8.95
Qty: 1 ABC Book 19.95

Billing and Shipping address:
Jennifer C Haughey
3 Friars Tale Rd
Staatsburg, NY 12580

Credit Card:
Visa 4266 8411 3492 7100 exp.: 08/08

Thank you!

Jennifer C. Haughey


-----Original Message-----
From: ourbarn@aol.com

Yahoo! Mail - llnadecker07@yahoo.com                    Page 1 of 1

Case 2:08-cv-04746-KSH-PS    Document 23    Filed 10/08/09    Page 17 of 25

Yahoo! | My Yahoo! | Mail | Tutorials | More          Make Y! your homepage, llnadecker07 Sign Out | All-New Mail | Help

**YAHOO!** MAIL
Classic

Search: [                              ]

**VistaPrint - 80% Off Premium Business Cards!**
Exclusive Offer - Save 30% to 80% Off Site-Wide
250 Biz Cards - Only $3.99.....Postcards, Letterhead & more
Only 2 Days Left to Save!
www.vistaprint.com - click here
**VistaPrint**
BEST PRINTING. BEST PRICE.

| Mail | Addresses | Calendar | Notepad |

| Check Mail | Compose | [hmissu@aol.com] | Search Mail | Search the Web |

**Refine Results**

**You have refined by:**
Read                    [Undo]

Advanced Search
Search Tips

View your Inbox

**Search Results** 1 - 1 of 1 messages for hmissu@aol.com

**Message View** | Photo View | Attachment View          First | Previous | Next | Las

| ☐ | 🏳 | Sender | Sub... | Date | 🖇 | Folder |
|----|----|--------|--------|------|----|--------|
| ☐ | • | **hmissu@aol.com** | Fwd:... | Mon May 12, 2008 | | Inbox |

... We hope to come back with them soon. Best, Audrey Storch
Hugs To Go LLC -Original Message- From: storch4@aol.com To:
**hmissu@aol.com** Sent: Sat, 10 May 2008 3:09 pm Subject: Re:
Order for dolls Dear Jenn, You can reach me at this email
address or at ...

Check All | Clear All                    Messages 1 - 1 of 1    First | Previous | Next | Las

Hide snippets - Show small attachment

| Check Mail | Compose | [hmissu@aol.com] | Search Mail | Search the Web |

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

# Exhibit 3

# Audrey Storch

04/15/2008  05:54    9736337068    JAAM LLC

**ATTN: GENE BAILLERGEON**
**FROM: GIFTLAND HALLMARK STORE**
**43 HAMBURG TURNPIKE**
**PREAKNESS MALL**
**WAYNE, N.J. 07470**
(973) 694-5529 press prompt 0 Ask for Joan or Bob-owner

## PRICE SHEET-Educational Discounts apply
### 15% off all products EXCLUDING 11" HUGGEE MISS YOU'S.
### 10% Discount applys to 11" HUGGEE MISS YOU'S.
### *HUGGEE MISS YOU HUGGABLE PICTURE FRAMES*

*17" Sizes retail for $ 19.95- With discount cost is $17.00 for ANY 17" HUGGEE MISS YOU.*

*11" Sizes retail for $12.95.- With 10% discount cost is $11.65 for ANY 11" HUGGEE MISS YOU.*

*ALL HUGGEE MISS YOU'S Are Machine Washable-Place in pillowcase on delicate cycle and in dryer on air dry-WITHOUT picture in! Hypo-Allergenic SAFE FOR NEWBORNS & UP.*

*HUGGEE MISS YOU is a soft plush product in the shape of a person. All have an embroidered face with a clear plastic pocket sewn over so you can insert the picture of your choice. You can put a picture of the whole family or if so desired you can blow a picture of the person's face up and put it in. The 17" size hold any size picture up to a 4"x6". You can literally take any picture out of your draw and it will fit in and look beautiful. 11" size HUGGEE MISS YOU is the exact same product except for size. Can hold up to a 2"x3" size picture.*

*HUGGEE MISS YOU is a HUGE incentive and help for teachers with children who are experiencing either separation*

anxiety, ADD, ADHD, or ANY handicap or physical or mental challenge. FREE curriculums, designed by 12 teachers (who taught ages 1 year up to 6th grade-but mainly pre-school to 1st) over the course of one year and then came up with these great ways that are easy, quick and give great results without having to read a 25 page curriculum! We also have picture face cards in English/Spanish that you can purchase separately if so desired. Curriculums themselves come with the dolls-EMOTIONS, ABC'S (which can transpose into a numbers curriculum) and COLORS.

HUGGEE MISS YOU is fantastic for your "Quiet Time Corner". It is the only product out that is for any age, any gender, any special needs or mainstream, machine washable and also fun!

We suggest for your program the following Styles-which can be viewed at www.huggeemissyou.com:

1)Style# 72728-17" 7272811-11" PINK HAIR-Nursery Rhyme print. The children on it are multi-cultural-Hispanic-Black-Caucasian and Asian. There are ducks, teddy bears, ABC blocks, children swinging/sleeping on the moon and many other sweet pictures that are from fairy tales and comforting and fun.

2)Style# 82728-17" 8272811-11" BLUE HAIR Nursery Rhyme print. Same as above but with blue hair.

Do NOT worry about the light coloring of this print getting dirty. They take a HUGE effort to get dirty. The fabric is especially treated for stain resistance and it really is. Not one complaint has ever been received.

3) Style# 272817-17" 272811-11' FRIENDS Print-Children of all nationalities are on this doll playing and the words on it say:"Best Buddies", "You are my best friend" "A friend is a friend indeed" and other wonderful sayings. The fabric looks like denim so is neutral for either sex.

4) Style# 42728-17" 4272811-11" Wonderful Jungle print. Fun jungle animals in great colors.

5) Style# 102728-17" 10272811-11"-Ride Em'Doggie-An adorable bulldog riding a motorcycle! Paw prints throughout the fabric.

## SINGING SOFT PLUSH BOOKS/PLAYMATS-

2AA batteries are needed for the 2 large singing books. Not normally included. While supplies last batteries will be included. 2AAA are needed for the Happy Birthday Book. Again while supplies last will be included.

ALL singing books/playmates come in a FREE carrying case also. All are quilted and safe for newborns and up. Size 0 head Phillips screwdriver needed to insert/change batteries- screwdriver not included.

1)STYLE# 27291-SINGING OLD MACDONALD FARM BOOK/PLAYMAT-$29.95. Your discount of 15% makes it $25.50. 10 wonderful sound chips. All are the sounds of the animal shown. The flower will sing "Old MacDonald Had A Farm.......ei ei o!" It will sing it and then stop. The animals when you press on the button under the animal will make it's sound 3 times and stop on it's own. No on/off switch, teacher/mom friendly-stops on it's own. Will only work when you press on the button under the animal or flower. The animals name is also spelled out underneath it. Educational plus fun! 36" long when opened so 3 or more can play with it. 15"x15" when closed. Can walk or crawl on it. Spot cleanable-stain resistant.

2) STYLE# 27295-SINGING ABC BOOK/PLAYMAT-$39.95- With your 15% educational discount your cost is $34.00. Has 27 sound chips! The entire alphabet PLUS an ABC song. The choir that sings the song is multi-cultural. Each picture shows the word spelled out with an upper case and lower case to represent that letter. It is NOT in order so the child cannot memorize the alphabet but must learn it. Also the animals say more than just

the letter. For example the owl says: "O is for Owl and the Owl sleeps all day." This helps teach them that Owls are Nocturnal! Again each will stop on it's own. Spot washable, Free carrying case.

3)STYLE# 27296-SINGING HAPPY BIRTHDAY BOOK/CARD/PHOTO ALBUM-$19.95-With your discount your cost is $17.00. Comes with Free carrying case AND FREE magic marker so everyone can sign it or draw their pictures on it. Inside is 4 clear plastic pockets over pictures like presents. Cake etc that you can put $, pictures, gift certificates, or anything in. Great fundraiser as a parent can purchase one for their child's B'day and the class can write their name on it as a great keepsake. The top middle button sings Happy Birthday to You. On the website scroll down below the book and you can click on the icon to hear it sing. Spot Washable.

Again due to unusual circumstances you can purchase these products from Giftland Hallmark Store while supplies last. JAAM LLC is NOT involved in ANY shape or form in this sale. The products are all safe for purchase and use and have always received top reviews and look forward to it for many more years.

Should you need to purchase quantity, a bit more of a price break might be given. Please feel free to discuss. All depends on availability. Thank you and Giftland looks forward to hearing from you.

Best Regards,
Joan & Bob
Audrey Storch as representative for Joan & Bob

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE: **VAu 557-895**

EFFECTIVE DATE OF REGISTRATION

6-24-2002

Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
OLD MacDONALD'S FARM

**NATURE OF THIS WORK ▼** See instructions
PLUSH PLACEMAT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**
AUDREY L. STORCH

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ US
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  [ ] Yes  [X] No
Pseudonymous?  [ ] Yes  [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es)   **See instructions**
[X] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[X] 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es)   **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[ ] 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work

[ ] Reproduction of work of art    [ ] Photograph    [ ] Technical drawing
[ ] Text

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

See instructions before completing this space.

Audrey L. Storch
P.O. BOX 2130
Wayne, NJ 07474-2130

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

JPM00115

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Old MacDONALD's Farm
Search Results: Displaying 10 of 98 entries

[ ◄ previous ]  [ next ► ]



### *Old MacDonald's Farm.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu000557895 / 2002-06-24
**Title:** Old MacDonald's Farm.
**Description:** Print on fabric.
**Notes:** Placemat.
**Copyright Claimant:** Audrey L. Storch
**Date of Creation:** 2001
**Names:** Storch, Audrey L.

[ ◄ previous ]  [ next ► ]

### Save, Print and Email (Help Page)

Select Download Format [Full Record]   [Format for Print/Save]
Enter your email address: [                    ]   [ Email ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

3/27/2008 4:53 PM

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 701 – 286**

EFFECTIVE DATE OF REGISTRATION

| 5 | 30 | 06 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

The Singing ABC Book

NATURE OF THIS WORK ▼ See instructions

Cover and content images and sounds

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Audrey L. Storch

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2002 ◀ Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ Aug.   Day ▶ 15   Year ▶ 2003
USA ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Audrey L. Storch
P.O. Box 2130
Wayne, NJ 07470-2130

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 3 0 2006
ONE DEPOSIT RECEIVED
MAY 3 0 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

JPM00474