# Exhibit 4

Audrey Storch arranged the books sell through other companies.
"Transcript of phone conversation" Page 5, line 23 to Page 6
line 8, Page 22, line 4 to 5, and Page 25, line 2 to Page 26 line
10.

ORIGINAL

TRANSCRIPT OF PHONE CONVERSATION

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

MINUTES OF A CELL PHONE CONVERSATION         :

BETWEEN VARIOUS PARTIES TESTIMONY RECORDED :

CELL PHONE OF WINNIE YIP                      :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

S P E A K E R S:

    AUDREY STORCH

    GENE BAILLARGEON

    TONY FATONOVICH, (PHONETIC) (Tony the Clown)

    JEFF GOLDEN

AudioEdge Transcription, LLC

425 Eagle Rock Avenue - Suite 201

Roseland, New Jersey 07068

(973) 618-2310

www.audioedgetranscription.com

1    ANSWERING MACHINE:  Hallmark Store

2    (phonetic) located on the end of Hamburg Turnpike

3    (phonetic) in Wayne.  Our hours of operation are

4    Monday through Friday ten a.m. to nine p.m.

5    Saturday from ten a.m. until eight p.m., and

6    Sunday from 11 a.m. to five p.m.

7        If you have any questions dial Hallmark

8    Promotions (phonetic) please, press three.

9        If you have any questions (There is too much

10   noise in the background, typed to the best of my

11   ability.) For all other questions, please press

12   zero.  Thank you.

13       You're call is being transferred.

14              FEMALE SPEAKER:  Hi, may I help you?

15              MALE SPEAKER:  Hello.  I'm interested in

16   purchasing and finding out more information about

17   the Singing Happy Birthday Book?

18              FEMALE SPEAKER:  The Book?

19              MALE SPEAKER:  Yes.

20              FEMALE SPEAKER:  What kind of book?

21              MALE SPEAKER:  Yes, um, hello?  My phone

22   doesn't work right, and I can't hear -- ah.

23              FEMALE SPEAKER: What kind of book?

24              MALE SPEAKER:  Oh, it's, ah, the one that

25   makes music, I looked online and it said it was

1     like Jam Jones (phonetic) something.

2           FEMALE SPEAKER:  Ah, what kind?

3           MALE SPEAKER:  There's, ah, -- it's a

4     book that you that you press, and it sings Happy

5     Birthday I think in 36 languages -- 36 noises.

6       I'm trying to find more information about it.

7     It's a soft -- a soft book.

8           FEMALE SPEAKER:  We I don't have anything

9     like that.

10           MALE SPEAKER:  It's a Joan, a Joan M-I-Z-

11     R-A-C-H-I.

12           FEMALE SPEAKER:  Yeah, that's the last

13     name of the owner of the store.

14           MALE SPEAKER:  Yeah, so, um, it's called,

15     um, -- because I have it on the internet, and the

16     internet site, and then I called the number.

17       It's called the singing Happy Birthday Book.

18     It says, ah "Style 27296 --

19           FEMALE SPEAKER:  Yes, but we don't have

20     it.

21           MALE SPEAKER:  You don't have it anymore?

22     Because it was on the internet.

23           FEMALE SPEAKER:  Nope, we don't have it.

24     Nope.

25           MALE SPEAKER:  You don't have it?

4

1      FEMALE SPEAKER:  No.

2      MALE SPEAKER:  Okay, ah, okay, so it was

3  jammed.  Okay, thank you so much.

4      FEMALE SPEAKER:  Okay.

5      MALE SPEAKER:  I'll try again later.

6  Okay, bye.

7      FEMALE SPEAKER:  Bye.

8      ANSWERING MACHINE: "Hi.  You've reached

9  the phone of Audrey Starch.  Please leave your

10  name and phone number and I will get back to you

11  as I can.  Thank you for calling."  At the tone

12  please record your message.  When you have

13  finished recording, you may hangup or press one

14  for more options.  To leave a call back number

15  press five.

16      TONY:  Hey, this is from Tony Fatonovich

17  (phonetic) I left you an e-mail you were supposed

18  to call me back.  Call me at my number here I will

19  be here another 20 minutes, (973)742-1832.  I'm

20  interesting in buying some stuff, thank you very

21  much.  Okay, bye bye.

22      TONY:  Hello?

23      FEMALE SPEAKER:  Hello, Tony?

24      TONY:  Yes.  Who's this?

25      AUDREY STORCH:  This is Audrey Storch.

1    TONY:  Oh, so I'm interested in buying

2    some stuff from you.  I am a clown, and you got my

3    e-mail, right?

4         AUDREY STORCH:  Yeah, I got your e-mail.

5    How did you hear about us?

6         TONY:  Well, I did a search for different

7    things.  I went to Oriental Trading Express

8    (phonetic.)  I'm looking for different items.  I

9    just did a random search.  I work in a library at

10   Passaic, and I just started searching, and I just

11   stumbled upon your website.

12       I was just looking for singing books, and I

13   don't like, what Button Books?

14       FEMALE SPEAKER:  Right.

15       TONY:  So I just stumbled upon you, and

16   it looked interesting.  But I called your other

17   number, and I didn't get anybody.

18       AUDREY STORCH:  Yeah, the number for Jam

19   (phonetic) right.

20       TONY:  But then they gave me another

21   number on the website, whatever that number was

22   they didn't say -- you still sell birthday books?

23       AUDREY STORCH:  This is what's going on,

24   Tony.  There's good news, and there's bad news.

25   Due to circumstances out of our control up to ten

1      years we had to close Jams (phonetic) doors.  But

2      the good news is we do have, ah, a person right

3      now, and another person later that you can

4      definitely get the Birthday Book from.  I can take

5      your order.  It is through Gift Land Hallmark

6      (phonetic.)  You still get um.  If you want to

7      pick them up or we can ship them to you.  She's

8      right in Wayne.

9            TONY:  Yeah, I probably will do where

10     they ship them.  I work -- I'm going to have a

11     birthday party the 17th, May 17, and --

12          AUDREY STORCH:  (Inaudible.)

13          TONY:  And in order for me to get

14     reimbursed I need like -- I need the subscription

15     or anything I order in print, ah, you know,

16     because  that's what they need when I do balloons

17     and stuff

18     Qualatec Balloons (phonetic) I have to write

19     Qualatec Balloons, and have a description like

20     when I buy from Ken's Magic Shop (phonetic) and

21     somebody -- I saw some other books in there I

22     would be interested in too, besides the Birthday

23     Book.  Like, ah, -- I didn't see a Bingo book,

24     but, ah, --  you don't have a Bingo book that goes

25     "Bingo was his name-o."  Or anything like that?

1    AUDREY STORCH:  No, no.  Sorry.

2       TONY:  The Old McDonald book --

3       AUDREY STORCH:  We don't manufacture

4    those.  We never did those.

5       TONY:  Yeah.  The Old McDonald book I

6    would be interested in though.

7       Do you have any thing else besides those -- I

8    only saw three books, the ABC Book and the Old

9    McDonald Book, and the Birthday Book.

10      Do you have anything else besides those?  I

11   only saw three books.  The ABC Book, the Birthday

12   Book, and the Old McDonald Book.  Do you have any

13   thing else like any other children's songs?

14      AUDREY STORCH:  Ah, no.  Those are the

15   three we invented to start with.

16      TONY:  So this --

17      AUDREY STORCH:  The other product we have

18   if you are going to children's hospitals and stuff

19   like that, you don't sing, but they've been a huge

20   a help.  And actually as a clown you have a lot of

21   fun with them, and do things with them.

22      Did you look at the Hug You Miss You Dog

23   (phonetic) the Huggable picture frames?

24      TONY:  Ah, is that the thing where you

25   put the face in, ah.

1    AUDREY STORCH:  It's not a face.  It's a

2  huggable picture frame.  Some people put a face in

3  it, but it's really meant to be a huggable picture

4  frame.

5       So you just put any picture of a family in it.

6       TONY:  Oh, ah, okay.  Well, right now I

7  just want to buy to start, because I'm going to

8  have a lot of parties in the summertime.  I would

9  like to buy the Happy Birthday Book.  And maybe

10  since you don't have a Bingo book, how about Old

11  McDonald Had A Farm Book.

12       AUDREY STORCH:  Whatever, Gift Land has,

13  I will take the order and bring it to them and

14  whatever they have in stock if they have it in

15  stock it's yours.  But, um, I can give them a call

16  and see.

17       TONY:  Okay.  Um, and I just need and

18  itemized, because I need -- if buy it I need to

19  get reimbursed, I need an itemized report of

20  exactly what it is so when I sell it to the

21  costumer I have to show him how much.

22       If -- here's a question.  Like in the future,

23  if I buy a whole bunch, because I just want to buy

24  one of each now, of the Happy Birthday Book and

25  the, ah, and the Old McDonald Farm Book.  If I buy

1  like a whole bunch, like let's say I buy five or

2  six at a time, because sometimes I have three

3  parties a week.  Um, will I get a better discount,

4  or because since Jams not working or whatever that

5  company was, is it hard to get now or how does

6  that work?

7          AUDREY STORCH:  Well, right now until

8  Gift Land supplies run out it might end up being

9  hard for a little bit.  Then after that there is

10  another company, ah, that will be having the

11  stock.

12  And you will be able to get from them.

13          TONY:  Okay.

14          AUDREY STORCH:  Now, when you buy whole

15  sale five or six isn't a lot.  It's dozen at a

16  time.

17          TONY:  I have to buy a dozen at a time.

18  Okay.

19          AUDREY STORCH:  Otherwise we'll get a

20  discount off of retail.  Their plan will give you

21  a bit of a difference off retail though.

22          TONY:  What's the other company, and if I

23  buy 12 how much is the other discount?

24          AUDREY STORCH:  When you buy 12 at a time

25  -- well, when you are buying 12 at a time, are

1    using them to give them out to the kids or just as

2    your --

3         TONY:  Well, I give it to the main kid of

4    whose ever birthday it is, because it would just

5    cost me to much if I gave it out to everyone.

6         AUDREY STORCH:  Right.  So it would be

7    like a party planner.  Like an event person, okay,

8    yeah, all right you would be under that category,

9    no problem.

10        If you buy 12 at a time, you will get a whole

11   sale price then.

12        TONY:  Do you know, how much?

13        AUDREY STORCH:  So the Happy Birthday you

14   would get at $10 each, that's whole sale pricing.

15   They are normally 20.  Um, and they, ah, large Old

16   McDonald and ABC -- well, the large Old McDonald

17   Farm is 14.50 for 12.  It retails for 30.

18        TONY:  Okay.

19        AUDREY STORCH:  The ABC is 27 sound chips

20   so that's 19.50 for 12, but those two also she

21   will put batteries in for you.  You will get

22   batteries free of charge.  You'll get them, and

23   you will just insert them yourself.

24        TONY:  Okay.  Um, I would like to place

25   an order of one of the Birthday books, and one of

1    the -- how much is the Birthday book right now,

2    without the discount?

3              AUDREY STORCH:  Normally, you know, you

4    double everything.  Normally it is 19.95 for the

5    Birthday, 29.95 for the Farm, and 39.95 for the

6    ABC.

7         What we do for a situation like this --

8              TONY:  Yes.

9              AUDREY STORCH: -- ah, if Gift Land is

10   willing to, ah, to do discounting.  She will let

11   you get the Birthday book at, excuse me, 12.95.

12             TONY:  Yes.

13             AUDREY STORCH: All right.  She will give

14   you a serious break.

15             TONY:  Yes.

16             AUDREY STORCH:  She will give you the Old

17   McDonald Farm and the ABC she will -- you will get

18   the both for 19.95, okay?

19             TONY:  The ABC I didn't want today, but

20   the other two I wanted.  Can you e-mail me the

21   exact cost item description on my e-mail, then I'm

22   going to go, um, --

23             AUDREY STORCH:  You can get it right off

24   the website.  You could just click it right off

25   the website.

1    TONY:  Well, they want to have they want

2    me to have the exact thing, my company.  Cause

3    usually I deal with Oriental Trading Express

4    (phonetic) and they give me an itemized list when

5    I order stuff like that.  It makes it a lot easier

6    for me or else the costumers won't pay me.  So

7    that' the only reason I need that.

8          AUDREY STORCH:  Well, I know Gift Land, I

9    know when you buy they will give you a receipt

10   with a full description.

11        All right.  So what would you like them to do?

12   Type up --

13        TONY:  I would like them to send me an e-

14   mail me of the exact cost and item description.

15        Oh, and also, how old how old are the Birthday

16   books for?  Like how --

17        AUDREY STORCH:  I've sold them for all

18   ages.  I've given them out to my uncle who turned

19   80.  My cousin who turned 60, my niece who was

20   eight.

21        TONY:  Can I like -- what's the youngest

22   child?

23        AUDREY STORCH:  Uh, they say for any age.

24   Don't give the magic marker to a one-year-old.

25   Give it to the parent until they get a little

1   older.

2          TONY:   Okay, yeah.

3          AUDREY STORCH:   The magic marker part.

4   But if they get the battery compartment out

5   nothing can happen to them it is safe.

6          TONY:   Yeah, okay.   So long as I get the

7   e-mail that says, exactly what it is, so that I

8   get reimbursed, that's all I'm worried about.

9   Then I will buy one of the Happy Birthday, and one

10  of the Old McDonald's.   And my e-mail is

11  Tonythecomic@Yahoo.com or you got it already.

12  Tonythecomic@Yahoo.com.

13         AUDREY STORCH:   I'm actually on vacation

14  right now, but I will call Joan and Bob, and, um,

15  in the future let me give you their number too.

16         TONY:   Okay.   Let me write it down.   Ah,

17  I have to go get a pen, I apologize.   I'm at my

18  house so, um, --

19         AUDREY STORCH: (The recorder is too far

20  away to hear.   Typed to the best of my ability.)

21     Transition of what happened with Jam.   And

22  their local -- so I'm not really involved.   I'm

23  just like connecting you --

24         TONY:   Oh, thank you.

25         AUDREY STORCH: -- to the store that's it.

1    TONY:  What's the number?

2    AUDREY STORCH:  It's 973 --

3    TONY:  973.

4    AUDREY STORCH:  694.

5    TONY:  694.

6    AUDREY STORCH:  5529, 5529.

7    Now, you don't have a resale tech ID number so

8    you would have to pay tax, New Jersey and

9    shipping.   TONY:  Now, who do I contact at that

10   number?

11        AUDREY STORCH:  Joan, and Bob.

12        TONY:  Joan and Bob.

13        AUDREY STORCH:  I'll give them a call,

14   and I will tell them what you need.

15        TONY:  What's the last name, ah --

16        AUDREY STORCH:  I don't have it in front

17   of me, Honey.  I'm away on vacation it's on my

18   computer their last name.  I forgot.  I don't

19   know.

20        TONY:  Okay.  Um, --

21        AUDREY STORCH:  They're the owners.  Just

22   say, "Joan and Bob."  They're the owners.

23        TONY:  Okay.

24        AUDREY STORCH:  They are regular stores

25   that sell these products.  They've been selling

1    for years.

2              TONY:  Okay, thank you.

3              AUDREY STORCH:  (Inaudible) and, um, let

4    you know.  Who reimburses you if you work for

5    yourself?

6              TONY:  Well, whenever I go to a party I

7    -- the companies that I work for -- like I'm going

8    to a church this time, and in a church they are

9    going to be paying me back.

10             AUDREY STORCH:  Oh.

11             TONY:  So for example the church is going

12   to be paying me, and they need to me like get --

13   so if I work for a bigger company example -- let's

14   say whoever I work for -- I haven't worked for the

15   hospital in awhile.  Like Saint Joe's Hospital.

16   If I get something like an itemized list of what I

17   get.

18        So if I ever bought from Toy's R Us they want

19   the exact receipt so I can give that to them.

20        I make a photocopy of the receipt and hand it

21   in so that is like an example.

22             AUDREY STORCH:  A receipt is something

23   they will give you.  Once you purchase it.

24   Normally, for something like this, you know, there

25   are stores that normally don't do this, ah, after

16

1   they purchase it they will give you a full

2   itemized receipt, but I will ask them if they will

3   do this.

4          TONY:  Yeah, ask them if they will do it,

5   cause I need an itemized receipt, cause that's the

6   only way I can do business with you, all right

7   cause without that, otherwise --

8

9          AUDREY STORCH:  Why can't it be when it's

10  purchased?  Why can't it be shipped with the

11  order?

12         TONY:  I need to say exactly -- ah, --

13  because -- I want to say exactly -- I wanted to

14  ask the church's permission before I buy it.

15  Because I can show them a print out so that I can

16  get my money back.  I don't know, that's how we do

17  it.  You can contact my fiancé who is going to be

18  my manager, and I contacted you.

19      Sorry, that's how we do it.  Thank you so much

20  though, okay.

21         AUDREY STORCH:  All right, okay.  My

22  pleasure.  Thank you for calling, Tony.  They

23  appreciate it.  (Inaudible.)

24         TONY:  Okay.  So I call Joan and Bob.

25  You don't have their last name, okay.

1    AUDREY STORCH:  You don't need it.  Just

2  ask for Joan or Bob.

3        (This conversation ended and a new call is

4  being made.)

5        ANSWERING MACHINE:  Thank you for calling

6  Gift Land or Gold Crown Hallmark Store.  Located

7  on Hamburg Turnpike in Wayne.  Our hours of

8  operation are Monday through Friday, ten a.m. to

9  nine p.m.  Saturday from ten a.m. until eight p.m.

10  And Sunday from 11 a.m. until five p.m.

11    Should you have any questions about Hallmark

12  promotions, please press three.  Should you have

13  any questions about everyday promotions, please

14  press four.

15    For all other questions, please press zero.

16  Your call is being transferred.  (End of machine.)

17        FEMALE SPEAKER:  Good Afternoon, Gift

18  Land.

19        TONY:  Hello.  This is Tony, ah, Audrey

20  Storch just told me to call.  I'm trying to get a

21  Birthday Book price --

22        FEMALE SPEAKER:  Okay.  Hold on a second.

23  Let me connect you.

24        TONY:  Hello, ah, this is Tony.

25        FEMALE SPEAKER:  Yes.

1    TONY:  I just talked to Audrey Storch and

2    she told me to talk to either Bob or I think Joan?

3         FEMALE SPEAKER:  Yes.

4         TONY:  Um, yeah, ah, I'm interested in

5    getting, ah, birthday books, and, um, ah, um, Old

6    McDonald Farm Book.  I'm only going to buy one of

7    each.  But, um, I'm a clown I think -- or I hope

8    she told you I'm -- in the future I would like to

9    buy a lot more.

10        FEMALE SPEAKER:  Yes.

11        TONY:  And maybe, ah, but what I need so

12   I get reimbursed is I need a, ah, a description of

13   everything I ordered.  Like, ah, --

14        FEMALE SPEAKER:  Well, she said, -- I

15   just spoke to her.  And she said, the thing is

16   that everything is on the website.  In other

17   words, if I send you anything, it's not going to

18   have any pictures, is not going to have anything -

19   - it only -- it's just written out.  Okay?

20        TONY:  Okay.  The problem is --

21        FEMALE SPEAKER:  The website has

22   pictures.

23        TONY:  The only thing clients need a

24   receipt with the words, cause like let's say I go

25   to Toy's R Us, and --

1    FEMALE SPEAKER:  It doesn't have all the

2  words.  One of them sings Old McDonald, and it has

3  animals sounds.  And the other one sings Happy

4  Birthday, and that's it.

5    TONY:  I apologize, I'm sorry I said it

6  the wrong way.  Um, I know, on the receipt I need

7  a detailed description like when I buy let's say

8  candles.  It has to "Candles" like for a $1.25, so

9  that I get reimbursed.  When I buy Qualatec

10  Balloons (phonetic) for when I do the animal

11  balloons for the kids.  I need to say, like when I

12  go to the Ken's Magic Shop (phonetic) I need the

13  receipt that says Qualatec Balloons a hundred for

14  ten dollars.

15    FEMALE SPEAKER:  Right.

16    TONY:  So I need me to say exact

17  description.

18    FEMALE SPEAKER:  Right.  What I'm saying

19  is that the website has a better description of

20  what they are.  The suggestive retail is 29.95 for

21  the Old McDonald Farm.

22    TONY:  Yes.

23    FEMALE SPEAKER:  Your cost would be

24  19.95.

25    TONY:  Yes.  I'm explaining wrong.  I

1   mean on the receipt I'll need like --

2           FEMALE SPEAKER:  I would have to be

3   selling it to you to give you a receipt.

4           TONY:  Okay.

5           FEMALE SPEAKER:  I can't send you a

6   receipt for something you didn't pickup.

7           TONY:  Okay.

8           FEMALE SPEAKER:  Okay.  So once I buy it

9   the receipt will say, ah, like, um, like animal --

10  McDonald Farm and it will say the price -- oh, and

11  also what's the return policy if if it breaks and

12  how long does it last?

13          FEMALE SPEAKER:  No.  These are -- this

14  is a closeout thing.  There is no return.

15          TONY:  Oh, no returns.  So I'm trying --

16          FEMALE SPEAKER:  This this is a closeout

17  of a company and there's no return.

18          TONY:  Okay, I didn't understand that.

19  Okay, but would there still be a description on

20  the receipt saying exactly what it is?

21          FEMALE SPEAKER:  Well, I can writeup --

22  well, I can writeup -- well, actually it is going

23  to be a register receipt it's not going to be -- I

24  could write a receipt with a description on it.

25          TONY:  Yes.  That would help me because I

1   need that for reimbursement, so I would have to

2   know.  I then I would like to know --

3          FEMALE SPEAKER:  Yes.

4          TONY:  I have a birthday party May 17th,

5   um, and I'm doing it for a church, and so if you

6   can, I would like to pay you by check or money

7   order, and then you ship it to me.

8          FEMALE SPEAKER:  No, no, no.  It's a

9   charge or nothing.

10         TONY:  Oh, have no credit card?

11         FEMALE SPEAKER:  Yes, any credit card.

12         TONY: I meant credit -- I, I, meant no

13  check I can't do a check?

14         FEMALE SPEAKER:  No, no.

15         TONY:  All right.  So I go there --

16         FEMALE SPEAKER:  No, no.  Because it

17  involves -- I don't know whether you are picking

18  it up or I'm sending it.

19         TONY: Okay.  I'll pick it up.

20         FEMALE SPEAKER:  It involves a freight

21  charge.

22         TONY:  Okay.  I'll pick it up then, um,

23  and I will pay you in person.  What are the days I

24  can come pick it up?

25         FEMALE SPEAKER: We are open seven days a

1    week.

2            TONY:  Who do I talk to?  Or who do I

3    call before I go in?

4            FEMALE SPEAKER:  Me.  But the thing is,

5    um, I won't have it to next week.

6            TONY:  You won't have until next week.

7    Well, don't worry about it because the party isn't

8    until May 17.  I don't need it until the 17.

9            FEMALE SPEAKER:  Right.

10           TONY:  Okay.  So I will call you again

11   and, ah, I have to pay you by credit card, okay,

12   so, um, can I pay you by cash, since I am going

13   directly to the --

14           FEMALE SPEAKER:  Yes, cash is okay.

15           TONY:  Okay.  Um, so --

16           FEMALE SPEAKER:  Yes.

17           TONY:  Okay.  So, um, so --

18           FEMALE SPEAKER:  What is your number?

19           TONY:  Oh, my home number is 973-742-

20   1832.

21           FEMALE SPEAKER:  973, what were the other

22   three?

23           TONY:  742-1832.  And like I said, my --

24   the birthday party I need it for is May 17, that's

25   a Saturday.  So I need to pick it up before --

1          FEMALE SPEAKER:  Uh, hum.  Right.

2          TONY:  So give me call.  Let me give you

3    my, ah, my e-mail.

4          FEMALE SPEAKER:  You gave it to me.  Yes.

5          TONY:  Oh, yeah, I gave it to you.

6    Tonythecomic.  Okay, thank you so much, and I will

7    pick it up by cash, and so okay, just want to say

8    it again.  The Happy Birthday Book for $12 and (%

9    cents.  And the Old McDonald Book, how much was

10   that again?

11         FEMALE SPEAKER:  19.95.

12         TONY: 19.95.  And does it come with

13   batteries?

14         FEMALE SPEAKER:  Yes.

15         TONY:  Okay, um, I guess that's it.  So

16   thank you so much.

17         FEMALE SPEAKER:  Right.

18         TONY:  Just contact me or e-mail me and I

19   will let me know when it is ready.  Bye, bye.

20         FEMALE SPEAKER:  All right, okay,

21         TONY:  Bye-bye.

22     (Start of new conversation.  May 7, 2008.)

23         TONY:  Today is May 7, 2008, and my name

24   is Tony Anthony, and I'm going to be calling, ah,

25   Hallmark, I'm going to be calling 973-694-5529.  I

1  am going to be calling for Joe Marziono (phonetic)

2  or Joan Marziono.  Yeah, and, ah, and I am calling

3  about Audrey Storch because she said I could order

4  products from there.  Yeah.  So I'm going to order

5  a birthday book, and a Birthday book which it has

6  talking, and an Old McDonald talking book that's

7  soft and curved, and all that stuff, I'm going to

8  call right now.  Thank you.

9          FEMALE SPEAKER:  Hello, may I help you?

10         TONY:  Hello, may I talk to a Joan

11  Marziono?

12         FEMALE SPEAKER:  Merzakie (phonetic.)

13         TONY:  Yeah, I can't pronounce his last

14  name right, yeah, go ahead.

15         FEMALE SPEAKER:  Okay.  Hold on, I will

16  transfer you.

17         FEMALE SPEAKER:  Hello, Gift Land.

18         TONY:  Hey, this is Tony, I just talked

19  to Audrey Storch, because my phones not working,

20  but I just noticed she called, and she said, "The

21  stuff is in."  Um, ah, so you remember my phone

22  call with you, we talked about before?

23         FEMALE SPEAKER:  Yes, yes.

24         TONY:  I still need for the organizations

25  to go to I need an itemized list, so, and a

1   description so I can be reimbursed.

2        Today, um, I, um, I won't be -- I won't -- um,

3   today I don't know if I'm going to pick it up.

4   Today is the eighth, right.

5        FEMALE SPEAKER:  No.  Today is the

6   seventh.

7        TONY:  Okay, okay.  Um, wait one minute.

8   Um, okay, I told her that I was going to have a

9   friend pick it up.  I can either up today or

10  tomorrow.  Do you have it ready?

11       FEMALE SPEAKER:  No, I don't.

12       TONY:  Okay, because Audrey said, -- okay

13  um, can I pick it up tomorrow or?

14       FEMALE SPEAKER:  Ah, --

15       TONY:  It's going to be a Birthday Book,

16  and the Old McDonald book.  They both make noise.

17       FEMALE SPEAKER:  Wait, wait wait.  Hold

18  on a second.

19       TONY:  Yeah, cause I just -- can I pick

20  it up tomorrow or would that be too soon?

21       FEMALE SPEAKER:  Are these samples?

22       TONY:  I don't know.  I was going to buy

23  it from you not samples.

24       FEMALE SPEAKER:  Oh.  Well, oh, okay.

25  Well, she has to bring it to me.