# EXHIBIT 1

**Richard A. Joel**
*496 Kinderkamack Road*
*Oradell, New Jersey 07649*
*(201) 599-0588*
*(201) 599-1079 (fax)*
*rjoelsr@joelandjoel.com*

**BAR ADMISSIONS:**

New Jersey (1965), New York (1967)
District of Columbia (1965)
Registered U.S. Patent Office—Reg. No. 22,212

**WORK EXPERIENCE:**

1987-Present — Joel & Joel, LLP, Oradell, New Jersey
All phases of patent, trademark and copyright prosecution, counseling and litigation, licensing, contracts and all phases of intellectual property law.

1975-1987 — Spellman, Joel & Pelton, White Plains, New York
All phases of patent, trademark and copyright prosecution, counseling and litigation. Also served as Counsel for Siemens.

1969-1975 — Timex Corporation, General Patent Counsel
Managed patent operation for corporation; supervised patents, trademarks and copyrights. In charge of licensing and litigation.

1967-1969 — General Time, General Patent Counsel
Managed patent operation for Company, supervised patents, trademarks and copyrights. In charge of licensing and litigation.

1967-1967 — AMF, Group Patent Attorney
Managed patent and trademark operations for group of subsidiaries.

1957-1967 — Western Electric, Staff Patent Attorney
Engineer, design and manufacturing engineer, patent attorney

1956-1957 — Esso Research & Engineering Co.
Design Engineer

**EDUCATIONAL BACKGROUND:**

New York University, LLM 1967, JD 1964, MBA 1959
Stevens Institute of Technology, ME 1964

# EXHIBIT 2

| CLAIM TERM | PLAINTIFF'S CONSTRUCTION | INFRINGED BY DEFENDANTS |
|---|---|---|
| CLAIM 1. A sound book for small children having representations which emit corresponding sounds upon touch comprising: | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| a rear fabric portion having elongated sides and curved end portions having edges; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| a front fabric portion having edges sewn to the rear fabric portion edges and having a plurality of raised representations mounted at predetermined locations thereon; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| a plurality of sound means to emit a sound each mounted beneath a raised representation to which the sound corresponds; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| a controller activated by touching a particular representation to cause sounds to be emitted from the particular sound means corresponding to the representation; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| means coupling the controller to the sound means batteries mounted within the controller to provide a power source; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| a removable fabric portion on the front fabric portion having hook and loop fasteners; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |

| | | |
|---|---|---|
| mating hook and loop fasteners on the front fabric portion to engage the hook and loop fasteners of the removable fabric portion; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| wherein the controller is mounted beneath the removable fabric portion, a layer of insulating material mounted between the front fabric portion and the rear fabric portion, and; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| wherein the front and rear fabric portions include transverse folds forming two folds such that the rear portions overlap and cover the front fabric portion. | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| CLAIM 2. A sound book for small children having representations that emit corresponding sounds upon touch in accordance with claim 1 herein: | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| the fold on the front fabric portion includes a hook and loop fastener; | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |
| and, the opposite fold on the rear fabric portion includes a hook and loop fastener to engage the fastener on the overlapping front fabric portion. | PLAIN ENGLISH | DIRECTLY INFRINGED BY DEFENDANTS |

# CERTIFICATE OF REGISTRATION

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

TXu 1-059-189

EFFECTIVE DATE OF REGISTRATION

Month 8 Day 24 Year 01

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
OLD McDONALD'S FARM

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
WAI YIP INT'L CORP.

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1955 Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE CONTENTS OF TEXT ILLUSTRATIONS AND COMPILATION

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ WAI YIP INT'L CORP
58 WEST SADDLE RIVER ROAD
SADDLE RIVER, NJ 07458

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
AUG 24 2001
ONE DEPOSIT RECEIVED
AUG 24 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

* Amended by CO per authority of phone call with Nancy Rispoli of Joel & Joel LLP on October 30, 2002.

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
JOEL & JOEL, LLP
RICHARD A. JOEL, ESQ.
496 KINDERKAMACK ROAD
ORADELL, NJ 07649

Area code and daytime telephone number ▶ 201-599-0588 Fax number ▶ 201-599-0179

Email ▶ RJOELSR@ATT.NET

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of WAI YIP INT'L CORP.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
WINNIE YIP Date ▶ 8/14/01

Handwritten signature (X) ▼
X Winnie Yip

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
RICHARD A. JOEL, ESQ.
Number/Street/Apt ▼
496 KINDERKAMACK ROAD
City/State/ZIP ▼
ORADELL, NJ 07649

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

  

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

TXu 1-123-885

EFFECTIVE DATE OF REGISTRATION

5 17 02

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

ABC

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION

**2** a NAME OF AUTHOR ▼

WALT H. GILLESPIE

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE

Citizen of ▶ USA

Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

NATURE OF AUTHORSHIP

ENTIRE CONTENTS OF TEXT

**NOTE**

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

NATURE OF AUTHORSHIP

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH

AUTHOR'S NATIONALITY OR DOMICILE

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK

NATURE OF AUTHORSHIP

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2002

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK

**4** COPYRIGHT CLAIMANT(S)

WALT H. GILLESPIE

58 WEST SADDLE RIVER ROAD

SADDLE RIVER, NJ 07458

TRANSFER

APPLICATION RECEIVED

MAY 17 2002

ONE DEPOSIT RECEIVED

MAY 17 2002

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 5

PREVIOUS REGISTRATION

Year of Registration

## 6

DERIVATIVE WORK OR COMPILATION

a

b

## 7

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

b

JOEL A. JOEL, ESQ
RICHARD A. JOEL, ESQ
490 KINDERKAMACK ROAD
ORADELL, NJ 07649

Area code and daytime telephone number 201-599-0589

Fax number 201-599-0179

Email RJOELSR@ATT.NET

## 8

CERTIFICATION I, the undersigned, hereby certify that I am the

Check only one

- author
- other copyright claimant
- owner of exclusive right(s)
- authorized agent of WALMIP INTL CORP.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date

WINNIE XIE

Date 05/10/02

Handwritten signature (X)

## 9

Certificate will be mailed in window envelope to this address:

Name: RICHARD A. JOEL, ESQ

Number/Street/Apt: 490 KINDERKAMACK ROAD

City/State/ZIP: ORADELL, NJ 07649

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000