UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PING YIP | : | |
|     Plaintiff | : | Civil Action No.  08-4746 (KSH) |
| v. | : | |
| | | ORDER |
| HUGS TO GO, ET AL. | : | |
|     Defendants | : | |

This matter having come before the Court on its review of the docket;

and it appearing that the plaintiff has filed an Amended Complaint by the deadline set in the Order dated September 28, 2009;

and the Order specifically directing plaintiff to file an Amended Complaint limited to claims against Hugs to Go;

and the defendant, in contravention of the Order, filed claims against defendant Storch;

and the defendant having also added defendant JAAMs;

and the claims against defendant JAAMs having been addressed in 06-5032(KSH) and Bankruptcy No. 08-13514(DHS) and the resolution of those cases bar plaintiff from brining suit against this entity that are based upon the same facts upon which these cases were based;

and the Court granting the plaintiff one additional opportunity to file an Amended Complaint against Hugs to Go because of her pro se status with the detail described in the Order dated September 28, 2009;

and for the reasons set forth in the Order dated September 28, 2009;

IT IS THEREFORE ON THIS 14th day of October, 2009

ORDERED that the Amended Complaint [Docket No. 14] is struck because it fails to

comply with the Order dated September 28, 2009; and

IT IS FURTHER ORDERED that, no later than **October 27, 2009**, the plaintiff shall file an Amended Complaint against Hugs to Go only that sets forth the facts that provide a basis to assert that it has violated the patent laws by selling the books covered by the patent and describes the proof upon which the plaintiff will rely to support this assertion.  Failure to submit an Amended Complaint by **October 27, 2009** with the detail set forth herein as required by Twombly will result in a dismissal of the claims against defendant Hugs to Go.


                                              s/Katharine S. Hayden
                                              UNITED STATES DISTRICT JUDGE