CLOSING

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PING YIP                                          :

     Plaintiff                          :          Civil Action No.  08-4746 (KSH)

v.                                                :
                                                            ORDER
HUGS TO GO, ET AL.                     :

     Defendants                      :

This matter having come before the Court on its review of the docket;

and the plaintiff having filed an Amended Complaint that again seeks to name Audrey

Storch and JAAM and fails to set forth the facts concerning her claim against Hugs To Go;

and the Amended Complaint therefore failing to comply with the Orders that precluded

naming Ms. Storch and JAAM and required that the plaintiff set forth the facts that support her

claim against Hugs To Go;

and the Amended Complaint therefore violating the Order dated October 14, 2009;

and the plaintiff being place on notice of the consequence of noncompliance with the

October 14, 2009 Order;

and for the reasons set forth in the Orders dated September 28, 2009 and October 14,

2009;

IT IS THEREFORE ON THIS 29th day of October, 2009

ORDERED that the Amended Complaint [Docket No. 25] is struck; and

IT IS FURTHER ORDERED that the claims against defendant Hugs to Go is dismissed

for failing to meet the Twombly pleading standard and the claims against all other defendants are

dismissed for the reasons set forth in the Order dated September 28, 2009.


                                        s/ Katharine S. Hayden
                                        UNITED STATES DISTRICT JUDGE