Ping Yip
58 West Saddle River Road
Saddle River NJ 07458
Tel: 201-995 0838 Fax: 201 995 0839
Cell: 201-316 6270
E-Mail: Yip510@aol.com

U.S. DISTRICT COURT

2009 NOV -5  P 12: 15

Katharine S. Hayden
United Stated District Judge
Martin Luther King JR
Federal Building & U.S. Courthouse
50 Walnut Street Newark, NJ 07101

November 3, 2009

Case No 08-4746(KSH)

Dear Judge Hayden:

    I request that you explain to me why Defendant Audrey L. Storch was dismissed from Case No. 06-5032 (KSH), and Case Number: 2:08-CV-4746 (ksh). The United Stated Copyright Law Chapter 5, §506 clearly states that Defendant Audrey L. Storch's actions constitute a Criminal Copyright Infringement. Audrey L. Storch willfully took the Plaintiff's patented and copyrighted books and obtained separate copyrights on them. The evidence shows that Ms. Storch obtained fake copyrights, in which she claims to be the author and owner of these two **previously copyrighted books**. The Plaintiff's evidence is both solid and compelling. It proves that Ms. Storch plagiarized the Plaintiff's work, and deceived The United States Copyright office. What is the reason that you, Judge Hayden, will not allow me to prove my case against Audrey L. Storch? On your September 28, 2009 order, you did not explain the basis for your dismissal of this case. Can you show me where in the United States Copyright Laws there exists a special exception written specifically for Audrey L. Storch?

    Judge Hayden, you dismissed my case against Hugs to Go' LLC, citing "Bell Atlantic v. Twombly" 550 U.S. 554, 555 (2007), claiming that my case "does not meet the pleading requirement." This is not true. Hugs to Go' LLC is not

JAAM'LLC! They are two separate companies! Before JAAM'LLC filed for bankruptcy, Ms. Storch started up Hugs to Go'LLC. If these two companies are, as you have said, the same company then Hugs to Go' LLC must be legally responsible for all of JAAM'LLC's debts. The convincing evidence proves that Hugs to Go'LLC has continued selling these products, in violation of the Plaintiff's Copyright and Patent. Judge Hayden: it is wrong for you to dismiss Hugs to Go'LLC!

Although JAAM'LLC, Hugs to Go'LLC, and Audrey L. Storch are related, **it is you, Judge Hayden, who will not let these three Defendants combine into one case. This is in violation of rule 4:30 (Rules Governing the Court of the State of New Jersey).**

Judge Hayden: it is impossible to deny the fact that Hugs to Go and JAAM 'LLC are two separate companies! You simply cannot claim that it is the same case! Audrey L. Storch claims to be the author of these fake copyrights. But Hugs to Go, and JAAM are not authors!

Plaintiff appeals your Honor to reconsider your order, and follow the Copyright Laws! What Audrey L. Storch has done is a crime. It is exactly the same as me going to Barnes and Noble bookstore, purchasing a book, and getting a new copyright on that book, claiming that I wrote it! This is exactly what she has done with my books, and she needs to be punished for her crimes!

Respectfully submitted,

*[signature]*

Ping Yip (Winnie)

# CERTIFICATE OF REGISTRATION



FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**TXu 1-059-189**

EFFECTIVE DATE OF REGISTRATION
Month 8 Day 24 Year 01

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
OLD McDONALD'S FARM

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a** NAME OF AUTHOR ▼
WAI YIP INT'L CORP.

DATES OF BIRTH AND DEATH
Year Born ▼ 1955    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE CONTENTS OF TEXT ILLUSTRATIONS AND COMPILATION

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year
This information must be given ONLY in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAI YIP INT'L CORP
58 WEST SADDLE RIVER ROAD
SADDLE RIVER, NJ 07458

APPLICATION RECEIVED
AUG 24 2001
ONE DEPOSIT RECEIVED
AUG 24 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1-123-585**



EFFECTIVE DATE OF REGISTRATION

5 / 17 / 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
ABC

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
WAI YPI INT'L CORP

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ USA
OR
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE CONTENTS OF TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2002 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ ___ Year ▶ ___ ◀ Nation

APPLICATION RECEIVED
MAY 17 2002
ONE DEPOSIT RECEIVED
MAY 17 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

OCT 22 2003

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAI YPI INT'L CORP
58 WEST SADDLE RIVER ROAD
SADDLE RIVER, NJ 07458

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

# Touch, Listen & Learn©
## with "My ABC Book"





With our colorful books, filled with pictures and sounds, even the youngest child can learn that the sounds we hear are associated with the letters we see. Studies have shown that this can directly lead to raising children who are *reading ready and ready to learn*.

From baby to preschooler, our series of soft audible books including the A-B-C, Farm Animals, 1-2-3 and other educational stories, will help children develop an early love of reading leading to success in school.

Recommended Age: 6 months and up,
Handmade in China, All new materials, 65% Polyester, 35% Cotton, Surface washable.

Warning: Plastic carrying case is not a toy, Keep away from children at all times.

2 AA Batteries Required
( Not Included )
1. Open the door
2. Remove fabric bag
3. Using a Phillips head screwdriver, open battery case
4. Insert 2 AA batteries
5. Screw case cover back on
6. Place battery case back inside the bag
7. Slide back into the door
8. Enjoy!

ISBN 0-9723440-0-4



6 96586 35286 4

P.NG YIP WINNIE

# Touch, Listen & Learn Book Mats ©

## with Sing, Sing, Sing, Along My 'Old Mac Donald's Farm'

With our soft musical 'Old Mac Donald's Farm' even the youngest child can benefit from the sounds of language and music. From baby to preschooler, our series of audible books including the A-B-C, 1-2-3 and other educational stories, will help children develop an early love of reading. Let the fun and learning begin!

Recommended Age: 6 months and up
Handmade in China. All new materials. 65% Polyester, 35% Cotton. Surface washable.

2AA Batteries Required (Not Included)
1. Open the door
2. Remove fabric flag
3. Using a Phillips head screwdriver, open battery case
4. Insert 2AA batteries
5. Screw case cover back on
6. Place battery case back inside the bag
7. Slide back into the door
8. Enjoy!

**Warning:** Plastic carrying case is not a toy. Keep away from children at all times.

PNG KIP (WINNIE)

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE **VAu 557-895**

EFFECTIVE DATE OF REGISTRATION
6-24-2002
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
OLD MacDONALD'S FARM

**NATURE OF THIS WORK ▼** See instructions
PLUSH PLACEMAT

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ / Number ▼ / Issue Date ▼ / On Pages ▼

**a**
**NAME OF AUTHOR ▼**
AUDREY L. STORCH

**DATES OF BIRTH AND DEATH**
Year Born ▼ / Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ US
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate boxes) **See Instructions**
[X] 3-Dimensional sculpture    [ ] Map           [ ] Technical drawing
[X] 2-Dimensional artwork      [ ] Photograph    [ ] Text
[ ] Reproduction of work of art [ ] Jewelry design [ ] Architectural work

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ / Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

**NATURE OF AUTHORSHIP** Check appropriate boxes) **See Instructions**
[ ] 3-Dimensional sculpture    [ ] Map           [ ] Technical drawing
[ ] 2-Dimensional artwork      [ ] Photograph    [ ] Text
[ ] Reproduction of work of art [ ] Jewelry design [ ] Architectural work

[ ] Reproduction of work of art  [ ] Photograph  [ ] Technical drawing
                                                  [ ] Text

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Audrey L. Storch
P.O. BOX 2130
Wayne, NJ 07470-2130

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

JPM00115

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 701-286**



EFFECTIVE DATE OF REGISTRATION

5 / 30 / 06
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
The Singing ABC Book

**NATURE OF THIS WORK ▼** See instructions
Cover and content images and sounds

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**NAME OF AUTHOR ▼**
a  Audrey L. Storch

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶ USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
2002 ◀ Year

b  Date and Nation of First Publication of This Particular Work
Month ▶ AUG.   Day ▶ 15   Year ▶ 2003
USA

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Audrey L. Storch
P.O. Box 2130
Wayne, NJ 07470-2130

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 30 2006
ONE DEPOSIT RECEIVED
MAY 30 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

JPM00474

# Our Singing ABC Book

Audrey L. Stooch

With our colorful soft books, filled with wonderful pictures and sounds, even the youngest child can learn that the sounds we hear are associated with the letters we see. An excellent learning tool for preschoolers, or to reinforce learning for elementary age students. From Babies to Kindergarteners...our series of soft audible books - including ABC and Old MacDonald's Farm - will help children develop an early love of reading!

Our Singing ABC Books are intended for children 18 months and up. A playful scene shows animals and children at play. A through Z! Press the choir and hear an "ABC Song" in a playful child's voice, or press any of the 26 items to hear the letter and its name. 27 sounds in all! Requires two AA batteries (not included).

"O", OWL...
The Owl sleeps all day!

"V" VEGETABLES...
Vegetables are delicious!

"H", HORSE...
The Horse is looking for his friend!

"J" JAGUAR...
The Jaguar lives in the jungle!

Press your friends to hear our wonderful ABC song!

**Instructions for Battery Installation:**
1. Open up book.
2. Open door on the Tree.
3. Remove bag containing battery pack.
4. Using a small Phillips Head screwdriver, open battery case.
5. Insert 2 AA alkaline batteries.
6. Screw case cover back on.
7. Place battery case back inside bag, on to velcro strip.
9. Close door on the Tree.
10. Enjoy!

- 2 AA batteries required. (not included)
- Size 0 Phillips Head screwdriver needed for battery insertion.
- Do not mix new and used batteries.
- Do not mix alkaline and cadmium batteries.
- Do not mix rechargeable and non-rechargeable batteries.

Recommended Ages: 18 months and up
Handmade in China. All new materials.
65% cotton, 35% polyester.
reg. no. pa-8785(rc)

**Warning:** Plastic carrying case is not a toy. Keep away from children at all times.



**AAM** ™

Patent Pending
Copyrighted 2002  All Rights Reserved
Created & Distributed by JAAM, LLC.
P.O. BOX 2130, Wayne, NJ 07470

6 86196 27295 9

# Old MacDonald's Farm Singing Book

Sing, Sing a Song, Open Up and Sing Along……

Go ahead and press the pig, press the cat, press each one and have yourself lots and lots of fun.

Press me, I'll sing Old MacDonald

Press me, I'll say quack, quack

Press me and I'll crow

Press me, I'll say oink, oink

Press me, I'll say moo, moo

Press me, I'll say neigh, neigh

Press me, I'll say meow, meow

Press me, I'll say woof, woof

Press me, I'll say baa, baa



™
Distributed by JAAM, LLC.
P.O. Box 2130, Wayne, NJ 07470

WARNING:
Do not mix old and new batteries.
Do not mix alkaline, standard (carbon-zinc), or rechargeable (nickel-cadmium) batteries.

CE

Recommended Ages: 6 months and up
Handmade in China. All new materials. 65% polyester, 35% cotton.
reg. no. pa-875(rc)
Warning: Plastic carrying case is not a toy. Keep away from children at all times.

- 2 AA batteries required (not included)
- #0-small Phillips head screwdriver needed for battery insertion

Instructions for Battery Installation

1. Open up book.
2. Open the barn door.
3. Remove bag containing battery pack.
4. Using a phillips head screw-driver, open battery case.
5. Insert 2 AA batteries.
6. Screw case cover back on.
7. Place battery case back inside bag.
8. Slide back into barn door.
9. Close velcro door.
10. Enjoy!

Audrey L. Storch